UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JENNIFER BURKE, ) | |
| RAELYNN BARNES, ) | |
| and ) | |
| TATIANA SAXTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CAUSE NO.: 3:21-CV-134-DJH |
| ) | |
| VINEYARDS MANAGEMENT ) | |
| GROUP, LLC ) | |
| and ) | |
| INSPERITY PEO SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Jennifer Burke, Raelynn Barnes, and Tatiana Saxton ("Plaintiffs"), and Defendants, Vineyards Management Group, LLC and Insperity PEO Services, LLC ("Defendants"), (collectively, the "Parties"), stipulate and agree that this case shall be dismissed with prejudice, as to all Defendants, with the Parties to bear their respective fees and costs incurred. This stipulation takes effect upon the date of its filing, and this action is dismissed with prejudice without any further action or order required by the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). For the Court's convenience, a proposed order is filed with this stipulation.

-2-

| | |
|---|---|
| DATE: August 18, 2021 | Respectfully Submitted, |
| /s/ Devan A. Dannelly | /s/ *Megan R. U'Sellis (w/ permission)* |
| Devan A. Dannelly | Megan R. U'Sellis |
| BIESECKER DUTKANYCH & MACER, LLC | FISHER & PHILLIPS LLP |
| 101 North 7th Street, Ste. 603 | 220 West Main Street, Suite 1700 |
| Louisville, KY 40202 | Louisville, Kentucky 40202 |
| Telephone: (502) 561-3484 | Telephone: (502) 561-3990 |
| Facsimile: (812) 424-1005 | Facsimile: (502) 561-3991 |
| Email: ddannelly@bdlegal.com | Email: musellis@fisherphillips.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |